13 So.2d 898

George **JONES v. STATE.**
6 Div. 976.

Court of Appeals of Alabama.
May 11, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

SIMPSON, Judge.
Appeal dismissed.

17 So.2d 186

Jabe **JONES v. STATE.**
6 Div. 45.

Court of Appeals of Alabama.
Jan. 11, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

RICE, Judge.
Affirmed.

18 So.2d 117

James **JONES v. STATE.**
4 Div. 824.

Court of Appeals of Alabama.
April 4, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Affirmed.

12 So.2d 872

Luvenia (alias Sweetie) **JONES v. STATE.**
8 Div. 295.

Court of Appeals of Alabama.
March 16, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

SIMPSON, Judge.
Affirmed.

11 So.2d 881

Major **JONES v. STATE.**
7 Div. 691.

Court of Appeals of Alabama.
Jan. 19, 1943.

Wm. N. McQueen, Atty. Gen., for the
State.

RICE, Judge.
Appeal dismissed.

18 So.2d 117

Marvin **JONES v. STATE.**
8 Div. 400.

Court of Appeals of Alabama.
Feb. 22, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

RICE, Judge.
Affirmed.